**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-7092

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DYVAE DAVIS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Richard E. Myers, II, Chief District Judge. (2:22-cr-00010-M-RN-1)

Submitted: June 17, 2025                    Decided: June 20, 2025

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dyvae Davis, Appellant Pro Se. David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dyvae Davis appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  Limiting our review of the record to the issues raised in Davis's informal brief, we have reviewed the record and discern no abuse of discretion.[*] *United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review); *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Davis seeks to challenge the validity of his 18 U.S.C. § 924(c) conviction, he did not properly preserve that challenge for this appeal.